373 A.2d 1129

Commonwealth v. Lesher, Appellant.

Submitted June 22, 1976. George A. Heitczman, and O'Hare & Heitczman, for appellant; Richard J. Shiroff, Assistant District Attorney, and Charles H. Spaziani, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1129

Commonwealth v. Marcone, Appellant.

Submitted December 8, 1976. John Rogers Carroll, for appellant; Timothy H. Knauer, Assistant District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.